F I L E D
Clerk
District Court

NOV 1 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-03-00041-007                                          November 10, 2005
                                                         4:35 p.m.

### UNITED STATES OF AMERICA -V- XIE, YU CHI

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            ELLIE CIAMMAICHELLA, LAW CLERK
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            FAYE CROZAT, COURT REPORTER
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
            STEVEN PIXLEY, ATTORNEY FOR DEFEND
            XIE, YU CHI, DEFENDANT

PROCEEDINGS: VIOLATION HEARING

   Defendant XIE was present with court counsel. Government was represented by Timothy Moran, AUSA. Dennis Tse was present as interpreter/translator.

   Defense stated that the defendant did admit the violation. Government recommended that the defendant be incarcerated for 6 months. Defense recommended a 30 day imprisonment.

   It was the judgment of the Court that probation is revoked pursuant to 18 U.S.C. §3565 and that the defendant, Yu Chi Xie is hereby committed to the custody of the Bureau of Prisons for an imprisonment term of six months. Following release from imprisonment, the defendant shall be delivered to the Northern Mariana Islands Commonwealth Immigration Officials, Office of the Attorney General, for deportation proceedings. If immediate deportation fails to occur and the defendant is released pending further disposition, he shall report immediately to the United State Probation Office to commence a one year term of supervised release which will include the following conditions:

   1. That the defendant shall not commit another federal, state, or local crime;

   2. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission;